# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WANDA T. WALTERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 10-CV-386-CVE-FHM ) |
| WAL-MART STORES, INC., a foreign for profit business corporation, WAL-MART STORES EAST, INC., a foreign for profit business corporation, and WAL-MART STORES EAST, LP, a foreign limited partnership, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## OPINION AND ORDER

The Witness Motion for Postponement of Deposition [Dkt. 42] is before the Court for decision. By this motion deposition witness, Mr. Bennie L. Walters, seeks to postpone his deposition until the witness can find an attorney. The witness offers no explanation as to why he needs an attorney at his deposition.

The Witness Motion for Postponement of Deposition [Dkt. 42] is DENIED.

SO ORDERED this 17th day of May, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE