UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WANDA T. WALTERS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 10-CV-386-CVE-FHM |
| | ) |
| WAL-MART STORES, INC., a foreign | ) |
| for profit business corporation, | ) |
| WAL-MART STORES EAST, INC., a | ) |
| foreign for profit business corporation, | ) |
| and WAL-MART STORES EAST, LP, | ) |
| a foreign limited partnership, | ) |
| | ) |
| DEFENDANTS. | ) |

## OPINION AND ORDER

Plaintiff's Motion for Extension of Discovery Deadline [Dkt. 43] is before the Court for decision. Plaintiff seeks a two-week extension of the discovery deadline to allow Plaintiff to obtain an attorney. Plaintiff has entered her appearance pro se. [Dkt. 46].

Plaintiff's Motion for Extension of Discovery Deadline [Dkt. 43] is DENIED.

SO ORDERED this 17th day of May, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE